UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Hamilton County

FILED
NOV 23 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Anthony Levaih Newsom ) 1978442
) 1978443
) 1978444
(Enter above the NAME of the plaintiff in this action.) ) 1978445

v. ) 1964261

Austin Scofield ) 1964262
BARRY Steelman ) 1969977
L. Stastom/statum ) 1969979
(Enter above the NAME of each defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( ✓ )

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: ______________________

______________________

Defendants: ______________________

______________________

2. COURT: (If federal court, name the district; if state court, name the county): Hamilton County Chatt, TN. 37402

3. DOCKET NUMBER: ____________________

4. Name of Judge to whom case was assigned: Barry Steelman

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) ____________________

6. Approximate date of filing lawsuit: ____________________

7. Approximate date of disposition: 11/16/26

II. PLACE OF PRESENT CONFINEMENT: Hamilton County Jail

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? Grievance Complaint

2. What was the result? Told me to Contact my Lawyer.

D. If your answer to B is NO, explain why not. ____________________

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? ____________________

2. What was the result? ______________________________

______________________________

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Anthony Levail Newsom

Present address: 601 Justice Way Chattanooga, TN

Permanent home address: 821 Sylvan DR. 37411

Address of nearest relative: 212 Balsam LN 37411

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: ______________________________

Official position: ______________________________

Place of employment: ______________________________

C. Additional defendants: ______________________________

______________________________

______________________________

______________________________

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

______________________________

______________________________

ON 4/21/25 Charged With Tampering With OR Fabricating Evidence, Aggravated Cruelty to Animal Poss of firearm during a Felony and Attempted, Murder. ON the Attempted Murder the So CAlled Victim Darrell Dodds never went to hospitAl noR the Dog which WAS mines. Am Charged with Poss of fiReArm with a guN which WAS never Discovered., But I WAS not GSR'ed,. Tampering with or FAbricAting evidence → What evidence? Also moving on I've Been Locked up over 18, months my cases WAS Bound over after Darrell, Dodds admitted to Shooting his UNlawful carrying Weopon at me 15 miN and 32 seond's into the Pre-lim cRoss examed by AttoRney ChristopheR Dixon. Then the So CAlled Victim Tamper and FAbricAted with his guN But never chArged after giving a whole Fabricated stoRy to the arriving officers on 4/21/25 ~~at~~ 808 SlyVAN DR. 37411, Everything I've spoke on is Docomented iN the Motion to discovery of this CAse. Also I Been Booked on the Same Charges Twice after Being Bound over Which, makes my Bond 1 millioN and 51 Thousands. With me not having a Bond to make noR a JoB to make it that's UNconstitutioNAl Excessive BAiL.

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

For everything I Been threw I Just Want my freedom. Help with housing to get my Life Back on Track.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 16 day of November, 2026.

Anthony S. Newsome
Signature of plaintiff(s)